**So Ordered.**

/s/ Patricia C. Williams
Patricia C. Williams
Bankruptcy Judge

**Dated: September 6th, 2013**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | DC Case No. 12-cv-00640-RMP |
| LLS AMERICA, LLC, | Case No. 09-06194-PCW11 |
| Debtor(s). | |
| BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC, | Adversary No. 11-80147-PCW11 |
| Plaintiff(s), | REPORT AND RECOMMENDATION RE: FINAL JUDGMENT |
| vs. | |
| TERRENCE FRANK, | |
| Defendant(s). | |

Attached is the final judgment proposed to be entered by the plaintiff. The final judgment is based upon the court's Order Granting Motion for Summary Judgment (ECF No. 70), which was entered August 19, 2013 due to defendant's failure to appear at the status conference regarding the motion or otherwise respond to said motion.

REPORT AND RECOMMENDATION RE: FINAL JUDGMENT ~ Page 1

Based on that order and utilizing the notice and hearing procedure, the plaintiff filed a Notice of Presentment of the final judgment (ECF No. 71) on August 21, 2013. Said notice was served on the defendant on the same date (ECF No 72). The notice stated that the judgment would be presented to the bankruptcy court ex-parte for its recommendation for entry of the judgment by the District Court unless a response was received from the defendant no later than September 4, 2013. No response was received by the plaintiff or filed with the court.

## Recommendation

The recommendation is that the final judgment attached hereto should be entered against defendant Terrence Frank.

///END OF REPORT AND RECOMMENDATION///

Daniel J. Gibbons, WSBA No. 33036
WITHERSPOON • KELLEY
422 W. Riverside, Suite 1100
Spokane, WA 99201
Telephone: (509) 624-5265; Facsimile: (509) 458-2717
Email: djg@witherspoonkelley.com

Attorneys to Bruce P. Kriegman, Chapter 11 Trustee

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>Debtor. | Case No. 2:cv-12-00640-RMP<br><br>Bankruptcy No. 09-06194-PCW11 |
| BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America LLC,<br><br>Plaintiff,<br>v.<br><br>TERRENCE FRANK,<br><br>Defendant. | Adversary No. 11-80147-PCW11<br><br>JUDGMENT |

## JUDGMENT SUMMARY

1. Judgment Creditor:      Plaintiff Bruce P. Kriegman

2. Attorney(s) for Judgment Creditors:      Daniel J. Gibbons

JUDGMENT - 1

S0756969

WITHERSPOON•KELLEY
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100    Phone: 509.624.5265
Spokane, Washington 99201-0300    Fax: 509.458.2728

11-80147-PCW   Doc 75   Filed 09/06/13   Entered 09/06/13 15:41:49   Pg 3 of 4

| | | |
|---|---|---|
| 3. | Judgment Debtor: | Terrence Frank |
| 4. | Attorney for Judgment Debtor(s): | None |
| 5. | Amount of Judgment: | $220,389.49 CAD; and $186,046.87 USD |
| 6. | Amount of Interest Owed to Date of Judgment: | $0.00 |
| 7. | Interest Rate: | 0.11% per annum |

## JUDGMENT

Based on the Order Granting Motion for Summary Judgment, judgment in this matter is entered as follows:

1. Plaintiff Bruce P. Kriegman is awarded judgment against Defendant Terrence Frank in the amount of $220,389.49 CAD, and $186,046.87 USD, plus post-judgment interest at the rate of 0.11 percent per annum.

Entered this ___ day of _____, 2013.

_____
HONORABLE ROSANNA PETERSON

Presented by:

WITHERSPOON • KELLEY

*/s/ Daniel J. Gibbons*
Daniel J. Gibbons, WSBA No. 33036

JUDGMENT - 2

S0756969

**WK WITHERSPOON•KELLEY**
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100    Phone: 509.624.5265
Spokane, Washington 99201-0300    Fax: 509.458.2728

11-80147-PCW    Doc 75    Filed 09/06/13    Entered 09/06/13 15:41:49    Pg 4 of 4